AO 83 (Rev. 12/85) Summons in a Criminal Case

E-FILED
Monday, 27 March, 2006  03:35:48 PM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

## SUMMONS IN A CRIMINAL CASE

**FILED**
MAR 2 7 2006
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**

vs.

**Case Number:   06-3017-M**

**ERIC L. LUND**
300 State Street, Apt B
Quincy, Illinois

**YOU ARE HEREBY SUMMONED** to appear before the **UNITED STATES DISTRICT COURT**
at
**the U.S. District Court, 600 E. Monroe, Courtroom 3, Springfield, Illinois**
on
**Tuesday, March 28, 2006 at 9:30 a.m.**
before the
HONORABLE **U.S. Magistrate Judge Byron G. Cudmore**

To answer a(n) **Complaint** charging you with a violation of Title **18**, United States Code, Section(s) **2422(b)**.

Brief description of offense:

Aggravated Criminal Sexual Abuse

DATE: **March 9, 2006**

s/ John M. Waters
JOHN M. WATERS, CLERK

s/M. Rankin
BY: DEPUTY CLERK

RECEIVED 2006 MAR -9 P 3:53

AO 83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me on:(Date)  3-23-06 |
| Check one box below to indicate the appropriate method of service |
| [X] Served personally upon the defendant at: 300 STATE ST. QUINCY, IL. |
| [ ] Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.<br>Name of person with whom the summons was left: _____ |
| [ ] Returned unexecuted: _____ |
| I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.<br><br>Returned on: 3-24-06           Fred Krentz B.H.<br>         Date                         Name of United States Marshal<br><br>                                  STEVEN DEATHERAGE<br>                                  (by) Deputy United States Marshal |
| Remarks: |